UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARDENAS,<br><br>          Plaintiff,<br><br>     v.<br><br>REGION 9 IV-D, et al.,<br><br>          Defendants. | Case No. 5:23-cv-01220-JWH-JC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**<br><br>[DOCKET NOS. 6, 7] |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss ("Motion"), the Request for Judicial Notice, and all of the records herein, including the November 7, 2023, Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court **APPROVES** and **ACCEPTS** the Report and Recommendation.  It is hereby **ORDERED** as follows:

1. Plaintiff's failure to file a timely opposition to the Motion and Request for Judicial Notice is deemed consent to the granting thereof.
2. The Motion and Request for Judicial Notice are **GRANTED**.
3. The Complaint and this action are **DISMISSED without prejudice**.
4. Judgment shall be entered accordingly.
5. The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on Plaintiff and on counsel for Defendants.

**IT IS SO ORDERED.**

DATED: December 28, 2023

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE