JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARDENAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGION 9 IV-D, et al.,<br><br>　　　　Defendants. | Case No. 5:23-cv-01220-JWH-JC<br><br>**JUDGMENT** |

1  Pursuant to this Court's Order Accepting Findings, Conclusions and
2  Recommendations of United States Magistrate Judge,
3  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Complaint and
4  this action are **DISMISSED without prejudice**.
5  **IT IS SO ORDERED.**

7  DATED: December 28, 2023

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE